**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JULIO YADAICELA, | Case No.: 3:26-cv-01171 |
| Plaintiff, | |
| v. | **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC., | |
| Defendant. | |

Pursuant to rule 7.1(a) of the federal rules of civil procedure, the undersigned counsel of record for plaintiff Julio Yadaicela ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Julio Yadaicela;

2. Consumer Attorneys PLLC;

3. Defendant Eastern Account System of Connecticut, Inc.

Dated: July 22, 2026

Respectfully submitted,
CONSUMER ATTORNEYS PLLC
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq., CT Bar# 435851
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Julio Yadaicela*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

CONSUMER ATTORNEYS

By: */s/ Ann Stevenson*