**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JULIO YADAICELA,<br><br>          Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM OF<br>CONNECTICUT, INC.,<br><br>          Defendant. | Case No.: 3:26-cv-01171-VDO<br><br><br>**SUMMONS RETURNED EXECUTED AS<br>TO DEFENDANT EASTERN ACCOUNT<br>SYSTEM OF CONNECTICUT, INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Julio Yadaicela has served upon Defendant Eastern Account System of Connecticut, Inc. copies of the following documents:

1) Issued Summons,

2) Complaint,

3) Civil Cover Sheet,

4) Disclosure statement,

5) Notice re Rule 7.1(a),

6) Order on pretrial deadlines,

7) Electronic Filing Order,

8) Standing protective Order,

9) Notice re AI-Assisted Research,

10) Notice re Consent to Magistrate Judge,

11) Notice re District Judge Assignment.

Attached hereto is a copy of the Proof of Service.

1

Dated: August 3, 2026

Respectfully submitted,
CONSUMER ATTORNEYS PLLC
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq., CT Bar# 435851
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Julio Yadaicela*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JULIO YADAICELA,**

V.

**EASTERN ACCOUNT SYSTEM OF
CONNECTICUT, INC,**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:26−CV−01171−VDO**

TO: **Eastern Account System of Connecticut, Inc**
Defendant's Address:
*Eastern Account System of Connecticut, Inc.
3 Corporate Dr 2nd Floor,
Danbury, CT, 06810*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − S F Imbriani
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026−07−27 09:22:02**, Clerk USDC
CTD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-01171-VDO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eastern Account System of Connecticut, Inc. was received by me on *(date)* _____ .

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

**☒**    I served the summons on *(name of individual)* Amanda Dominguez, Admin , who is designated by law to accept service of process on behalf of *(name of organization)* Eastern Account System of Connecticut, Inc. on *(date)* Tue, Jul 28 2026 ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/28/2026

_____
Server's signature

Jeffrey Bentson
_____
Printed name and title

Medley Serves & Investigations
200 East Broadway, Ste 410, Maryville, TN 37804
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 28, 2026, 3:45 pm EDT at 3 Corporate Drive 2nd Floor, Danbury, CT 06810 received by Amanda Dominguez, Admin. Age: 25; Ethnicity: Caucasian; Gender: Female; Height: 5'2"; Hair: Black; Amanda Dominguez, Admin accepted the documents without issue.