# Attachment A

| US DISTRICT COURT | ADMISSION DATE | STATUS | BAR NUMBER |
|---|---|---|---|
| Eastern District of New York | 04/05/2024 | Active | 6077887 |
| Southern District of New York | 05/17/2024 | Active | 6077887 |
| Southern District of Texas | 12/04/2024 | Active | SDTX Fed. No. 3901679 |
| Eastern District of Missouri | 12/26/2024 | Active | 6077887(NY) |
| Eastern District of Texas | 02/04/2025 | Active | 6077887NY |
| Northern District of Texas | 02/11/2025 | Active | 6077887NY |
| Eastern District of Michigan | 09/08/2025 | Active | 6077887NY |

| APPEALS CIRCUIT COURT | ADMISSION DATE | STATUS | BAR NUMBER |
|---|---|---|---|
| Ninth Circuit | 07/14/2025 | Active | NY 6077887 |

| STATE COURT | ADMISSION DATE | STATUS | BAR NUMBER |
|---|---|---|---|
| New York | 02/21/2024 | Active | 6077887 |