AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

JULIO YADAICELA,
*Plaintiff*
v.
EASTERN ACCOUNT SYSTEM OF CONNECTICUT,
*Defendant*

Case No. 3:26-cv-01171-VDO

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Julio Yadaicela .

Date: 09/23/2026

/s/ Meir Rubinov
*Attorney's signature*

Meir Rubinov # phv209687
*Printed name and bar number*

68-29 Main Street
Flushing, NY 11367
*Address*

mrubinov@consumerattorneys.com
*E-mail address*

(718) 640-8123
*Telephone number*

(718) 247-8020
*FAX number*