**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JULIO YADAICELA,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.,<br><br>Defendant. | Case No.: 3:26-cv-01171-VDO |

**APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.**

To the Clerk of the United States District Court for the District of Connecticut:

**COMES NOW** Plaintiff Julio Yadaicela, through his attorney, Meir Rubinov, and hereby requests that the Clerk enter the default of Defendant Eastern Account System of Connecticut, Inc. ("EASCI") for failure to plead or otherwise defend in a timely manner as provided by Rule 55 of the Federal Rules of Civil Procedure.

1. The Defendant EASCI was served with Plaintiff's Complaint and summons pursuant to Rule 4(c) of the Federal Rules of Civil Procedure on July 28, 2026, as evidenced by the proof of service on file with this Court. (See ECF No. 11).
2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on August 18, 2026. The above-named Defendant has failed to plead or otherwise respond to Plaintiff's Complaint.

This request is based on the attached Declaration of Plaintiff's counsel, Meir Rubinov.

Dated: September 23, 2026

Respectfully submitted,
**CONSUMER ATTORNEYS PLLC**

*/s/ Meir Rubinov*
Meir Rubinov, NY Bar # 6077887
*Admitted Pro Hac Vice # phv209687*
68-29 Main Street
Flushing, NY 11367
T: (718) 640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

Emanuel Kataev, Esq., CT Bar# 435851
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Julio Yadaicela*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLLC**

By: */s/ Ann Stevenson*