**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JULIO YADAICELA,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.,<br><br>Defendant. | Case No.: 3:26-cv-01171-VDO |

**DECLARATION OF MEIR RUBINOV IN SUPPORT OF PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.**

I, Meir Rubinov, make this declaration pursuant to Fed. R. Civ. P. 55(a), in support of Plaintiff's Application for Entry of Default and state as follows:

1. I am an attorney duly licensed to practice in the State of California and this declaration is based on personal knowledge of the matters set forth therein.
2. I am an attorney of record for Plaintiff Julio Yadaicela in this matter.
3. On July 22, 2026, Plaintiff filed his complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 against Defendant Eastern Account System of Connecticut, Inc. ("EASCI").
4. On July 28, 2026, Defendant EASCI was properly served pursuant to Fed. R. Civ. P. 4(c). (See ECF No. 11).
5. Defendant EASCI failed to serve or file a responsive pleading or motion to Plaintiff's Complaint.
6. The applicable time for serving the responsive pleading or motion has expired for

Defendant EASCI.

7. Defendant EASCI is not a minor or an incompetent person.

8. Defendant EASCI is not currently in the military service and therefore the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2026

Respectfully submitted,
**CONSUMER ATTORNEYS PLLC**

*/s/ Meir Rubinov*
Meir Rubinov, NY Bar # 6077887
*Admitted Pro Hac Vice # phv209687*
68-29 Main Street
Flushing, NY 11367
T: (718) 640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

*Attorneys for Plaintiff*
*Julio Yadaicela*