**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JULIO YADAICELA,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.,<br><br>Defendant. | Case No.: 3:26-cv-01171-VDO |

**[PROPOSED] CLERK'S ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(A), and upon the filing of Plaintiff's Application for Entry of Clerk's Default, it appears by affidavit or otherwise from the records in the above-entitled action that the summons issued on Plaintiff's Complaint has been served upon Defendant Eastern Account System of Connecticut, Inc. and it further appearing from the court records that the Defendant has failed to plead or otherwise defend in said action, as directed in said summons, as provided by the Federal Rules of Civil Procedure

Therefore, Defendant Eastern Account System of Connecticut, Inc. is in default.

Date: ____________________

Clerk of the United States District Court
For the District of Connecticut

By: ___________________________
Deputy Clerk