# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

JULIO YADAICELA,

Plaintiff,

v.

EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.,

Defendant.

Case No.: 3:26-cv-01171-VDO

**DECLARATION OF JULIO YADAICELA IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Julio Yadaicela, declare as follows:

**Background**

1. I am the Plaintiff in this action. I am over eighteen years old. I make this declaration based on my own personal knowledge, in support of my motion for a default judgment against Defendant Eastern Account System of Connecticut, Inc. ("Eastern").

2. If called as a witness, I could and would testify to the facts stated here.

3. I am a natural person, an individual, and I live in Corona, New York.

**My Work Injury and Workers' Compensation Claim**

4. I work as a mason tender. On May 19, 2021, while I was working on a construction job in Brooklyn, New York, another worker was removing wood planks and accidentally dropped them onto the back of my head. I was badly hurt. I injured my head and neck, and by the next day I also had pain in the middle of my back.

5. The next day, May 20, 2021, I filed an Employee Claim, Form C-3, with the New York Workers' Compensation Board. In that form I described how the accident happened and the injuries to my head, neck, and back. A true and correct copy of my C-3 form, with my Social Security number and date of birth redacted, is attached to the motion as Exhibit D. From that point

on, I was a workers' compensation claimant in my case before the Board.

6. On December 15, 2021, after a hearing, the Workers' Compensation Board found that I had a work-related injury to my head, neck, and back, the same areas of injury I described in my C-3 form, and it authorized medical treatment and care for those established sites of injury. A true and correct copy of that decision, filed December 21, 2021, together with an earlier decision in my case, is attached to the motion as Exhibit F.

7. I received medical treatment for the injuries from my work accident. I understood that my medical bills for those injuries were being paid through my workers' compensation claim by my employer's insurance carrier, and not by me.

**Eastern's Collection Letter**

8. On or about March 16, 2026, I received a letter from Eastern. A true and correct copy of the letter, with account information redacted, is attached to the motion as Exhibit B. The letter said that Eastern is a debt collector and that it was "trying to collect a debt that you owe" to SELDES, RICHARD. MD, PC. It said that the "[t]otal amount of the debt now" was $626.57.

9. Richard Seldes, M.D., P.C. treated me for the neck injury I suffered in the May 19, 2021 workplace accident. I have never seen this provider for any reason other than treatment of my work related injuries, and I was a worker's compensation claimant during all of his treatments of my work related injuries.

10. The bill Eastern was trying to collect was for medical treatment I received because of my work injury suffered in the May 19, 2021 accident.

**How the Letter Affected Me**

11. When I read the letter, I became nervous, and then I panicked. I had understood that the medical bills for my work injury were covered by workers' compensation. Now a debt collector

was telling me in writing that I owed the money myself.

12. I thought that if Eastern was right and I owed this bill, I would also be responsible for the other medical bills from my work injury, which there were many of, as I have been treating these injuries for years. Those costs were far more than I could ever pay. I was afraid that the debt would ruin me financially.

13. I could not afford to pay even the $626.57 that Eastern demanded. Knowing that caused me significant stress and anxiety.

14. I worried that I had been mistaken about my legal obligation to pay, and that I would face legal consequences if I did not pay. I was also afraid that the debt would grow with interest and that Eastern would report it to the credit bureaus, which would damage my credit and my finances.

15. The letter also brought back painful memories of my accident, of being hit on the head at work and of everything I went through afterward.

16. I felt embarrassed and frustrated. I lost sleep worrying about the letter.

**My Payment to Eastern**

17. On April 15, 2026, because I was afraid that I was legally responsible for the debt and that something bad would happen to me if I did not pay, I paid Eastern $50.00 toward the debt with my Visa card. A true and correct copy of the payment confirmation, with my card information redacted, is attached to the motion as Exhibit C. It shows a payment of $50.00 to "Eastern" on account number 41170052, the same number listed as the reference number on Eastern's letter.

18. I did not owe that money. I paid only because Eastern's letter told me that I owed the debt and made me afraid of what would happen if I did not pay. If I had not received Eastern's letter, I would not have paid anything.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026, in New York.

Julio Yadaicela

Julio Yadaicela

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
MQJMQ-TURUT-WLU3W-IMDAC

DOCUMENT COMPLETED BY ALL PARTIES ON
26 OCT 2026 16:26:17
AMERICA/NEW YORK

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **JULIO YADAICELA**<br>EMAIL<br>[redacted]<br>SHARED VIA<br>LINK | SENT<br>26 OCT 2026 16:18:21<br>VIEWED<br>26 OCT 2026 16:19:19<br>SIGNED<br>26 OCT 2026 16:26:17 | *Julio Yadaicela*<br>IP ADDRESS<br>[redacted]<br>LOCATION<br>CHARLOTTE, UNITED STATES |