# Exhibit B

**EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.**
3 Corporate Dr., Ste 2
Danbury, CT 06810
(844) 761-2028 from 9am to 7pm EST, Monday to Friday
www.easternaccounts.com

To: JULIO YADAILCELA
[redacted]
Corona NY [redacted]

Reference: 41170052

G3026984

**Eastern Account System of Connecticut is a debt collector.** We are trying to collect a debt that you owe SELDES, RICHARD. MD, PC. We will use any information you give us to help collect the debt.

**Our Information shows:**

| | | |
|---|---|---|
| You have a Medical/Health Care bill from SELDES, RICHARD. MD, PC with account number 12477154. | | |
| As of March 16, 2026 you owe: | | $626.57 |
| Between March 16, 2026 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| **Total amount of the debt now:** | | **$626.57** |

October 29 2024

718 947 3332
212 604 1367

**How can you dispute the debt?**

- **Call or write to us by May 3, 2026, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by May 3, 2026,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@easternaccounts.com.

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by May 3, 2026, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at info@easternaccounts.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

***Notice*: See reverse side for important information.**

FIRSTD_615451410

3 Corporate Dr
Ste 2
Danbury CT 06810-4166

855 398 0552

0045 009525

1 of 1

JULIO YADAILCELA
[redacted]
Corona NY [redacted]

**How do you want to respond?**
*Check all that apply:*

- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $

Make your check payable to *Eastern Account System of CT, Inc.* Include the reference number 41170052.
Visit www.easternpayments.com for more payment options.

**Mail this form to:**

Eastern Account System of Connecticut, Inc.
3 Corporate Dr
Ste 2
Danbury CT 06810-4166