# Exhibit C

# Payment Detail

April 15, 2026 3:29 PM

system@clientaccessweb.com

Details

## Payment Summary

| | |
|---|---|
| **Name:** | YADAILCELA, JULIO |
| **Accounts:** | 41170052 |
| **Funding Source:** | Visa ending in -8564, exp 7/2030 |
| **Reference Number:** | HCAYKX93DGQ1 |
| **Payment Date:** | 4/15/2026 |
| **Payment Status:** | Processing |
| **Paid To:** | Eastern |
| **Amount:** | $50.00 |
| **Fees:** | $0.00 |
| **Total:** | $50.00 |

Your payment will be posted within 24 hours. Your account balance will not reflect any payment amount until after that time.

**Please print this page for your records.**