# Exhibit E

# EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.

3 Corporate Dr 2nd Floor, Danbury, CT, 06810, United States **ACTIVE**

## Business Details

### General Information

Business Name
EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.

Business status
ACTIVE

Citizenship/place of formation
Domestic/Connecticut

Business address
3 Corporate Dr 2nd Floor, Danbury, CT, 06810, United States

Requires Annual Filing?
Yes

Annual report due
10/22/2026

Public substatus
Overdue

NAICS code
Collection Agencies (561440)

Business ALEI
0278768

Date formed
10/22/1992

Business type
Stock

Mailing address
3 Corporate Dr 2nd Floor, Danbury, CT, 06810, United States

Last report filed
2025

NAICS sub code
561440

## Principal Details

Principal Name
JOSEPH P. COURTNEY JR

Principal Title
President

Principal Business address
3 Corporate Dr 2nd Floor, Danbury, CT, 06810, United States

Principal Residence address
260 MAIN ST SOUTH, BRIDGEWATER, CT, 06752, United States

Principal Name
LAURA COURTNEY

Principal Title
Secretary

Principal Business address
3 Corporate Dr 2nd Floor, Danbury, CT, 06810, United States

Principal Residence address
260 MAIN ST SOUTH, BRIDGEWATER, CT, 06752, United States

## Agent details

Agent name
DANIEL S. QUINTARD

Agent Business address
3 Corporate Dr 2nd floor, Danbury, CT, 06810, United States

Agent Mailing address
3 Corporate Dr 2nd floor, Danbury, CT, 06810, United States

Agent Residence addresss
233 WHISCONIER RD , BROOKFIELD, CT, 06804, United States

# Filing History

**Annual Report(1994)**

**0000278233**

Filing date: Filing time:

Volume Type

Volume

Start page

Pages

Date generated

**Business Formation - Certificate of Incorporation**

**0000278231**

Filing date: 10/22/1992 Filing time:

Volume Type
C

Volume
12170

Start page
1643

Pages
0

Date generated
10/22/1992

**First Report - Organization and First Report**

**0000278232**

Filing date: 11/17/1992 Filing time:

Volume Type
C

Volume
12180

Start page
2501

Pages
0

Date generated
11/17/1992

**Annual Report(1996)**

**0001844874**

Filing date: 5/20/1998 Filing time:

Volume Type
B

Volume
193

Start page
825

Pages
2

Date generated
5/20/1998

Digital copy
View as PDF

**Annual Report(1997)**

**0001844877**

Filing date: 5/20/1998 Filing time:

Volume Type
B

Volume
193

Start page
831

Pages
2

Date generated
5/20/1998

Digital copy
View as PDF

**Annual Report(1998)**

**0001898781**

Filing date: 9/30/1998 Filing time:

Volume Type
B

Volume
223

Start page
1080

Pages
2

Date generated
9/30/1998

Digital copy
View as PDF

**Annual Report(1999)**

**0002026198**

Filing date: 10/5/1999 Filing time:

Volume Type
B

Volume
293

Start page
383

Pages
2

Date generated
10/5/1999

Digital copy
View as PDF

**Annual Report(2000)**

**0002171283**

Filing date: 10/2/2000 Filing time:

Volume Type
B

Volume
368

Start page
3510

Pages
2

Date generated
10/2/2000

Digital copy
View as PDF

**Annual Report(2001)**

**0002341441**

Filing date: 10/12/2001 Filing time:

Volume Type
B

Volume
453

Start page
3234

Pages
2

Date generated
10/12/2001

Digital copy
View as PDF

**Annual Report(2002)**

**0002507617**

Filing date: 11/12/2002

Filing time:

Volume Type

B

Volume

542

Start page

3498

Pages

2

Date generated

11/12/2002

Digital copy

View as PDF

**Annual Report(2003)**

**0002715525**

Filing date: 10/24/2003 Filing time:

Volume Type
B

Volume
648

Start page
852

Pages
2

Date generated
10/24/2003

Digital copy
View as PDF

**Annual Report(2004)**

**0002930703**

Filing date: 10/26/2004 Filing time:

Volume Type

B

Volume

765

Start page

511

Pages

2

Date generated

10/26/2004

Digital copy

View as PDF

**Annual Report(2005)**

**0003006976**

Filing date: 10/17/2005 Filing time:

Volume Type
B

Volume
806

Start page
2429

Pages
2

Date generated
10/17/2005

Digital copy
View as PDF

**Annual Report(2006)**

**0003326006**

Filing date: 11/1/2006 Filing time:

Volume Type
B

Volume
974

Start page
872

Pages
3

Date generated
11/1/2006

Digital copy
View as PDF

**Annual Report(2007)**

**0003564841**

Filing date: 10/29/2007 Filing time:

Volume Type

B

Volume

1096

Start page

3313

Pages

2

Date generated

10/29/2007

Digital copy

View as PDF

**Annual Report(2008)**

**0003804871**

Filing date: 10/30/2008

Filing time:

Volume Type

B

Volume

1220

Start page

2045

Pages

2

Date generated

10/30/2008

Digital copy

View as PDF

**Annual Report(2009)**

**0004037661**

Filing date: 10/24/2009

Filing time:

Volume Type

B

Volume

1340

Start page

1703

Pages

2

Date generated

10/24/2009

Digital copy

View as PDF

**Annual Report(2010)**

**0004264683**

Filing date: 10/27/2010 Filing time:

Volume Type
B

Volume
1461

Start page
400

Pages
2

Date generated
10/27/2010

Digital copy
View as PDF

**Annual Report(2011)**

**0004448962**

Filing date: 9/27/2011

Filing time:

Volume Type

B

Volume

1563

Start page

3350

Pages

2

Date generated

9/27/2011

Digital copy

View as PDF

**Annual Report(2012)**

**0004724103**

Filing date: 9/28/2012 Filing time:

Volume Type

B

Volume

1724

Start page

461

Pages

2

Date generated

9/28/2012

Digital copy

View as PDF

**Annual Report(2013)**

**0004952483**

Filing date: 9/28/2013 Filing time:

Volume Type
B

Volume
1853

Start page
408

Pages
2

Date generated
9/28/2013

Digital copy
View as PDF

**Annual Report(2014)**

**0005191535**

Filing date: 9/29/2014 Filing time:

Volume Type
B

Volume
1986

Start page
3317

Pages
2

Date generated
9/29/2014

Digital copy
View as PDF

**Change of Agent - Agent Change**

**0005195653**

Filing date: 10/2/2014 Filing time:

Volume Type
B

Volume
1989

Start page
995

Pages
2

Date generated
10/2/2014

**Annual Report(2015)**

**0005392488**

Filing date: 9/7/2015 Filing time:

Volume Type
B

Volume
2098

Start page
3221

Pages
2

Date generated
9/7/2015

Digital copy
View as PDF

**Annual Report(2016)**

**0005652597**

Filing date: 9/15/2016 Filing time:

Volume Type
B

Volume
2244

Start page
568

Pages
2

Date generated
9/15/2016

Digital copy
View as PDF

**Annual Report(2017)**

**0005922986**

Filing date: 9/11/2017 Filing time:

Volume Type
B

Volume
2394

Start page
2065

Pages
2

Date generated
9/11/2017

Digital copy
View as PDF

**Annual Report(2018)**

**0006251650**

Filing date: 9/26/2018 Filing time:

Volume Type
B

Volume
2578

Start page
2579

Pages
2

Date generated
9/26/2018

**Change of Business Address - Business Address Change**

**0006608862**

Filing date: 7/29/2019 Filing time:

Volume Type
E

Volume
37

Start page
917

Pages
1

Date generated
7/29/2019

Digital copy
View as PDF

**Change of Business Address - Business Address Change**

**0006608863**

Filing date: 7/29/2019 Filing time:

Volume Type
E

Volume
37

Start page
918

Pages
1

Date generated
7/29/2019

Digital copy
View as PDF

**Annual Report(2019)**

**0006637132**

Filing date: 9/4/2019

Filing time:

Volume Type

A

Volume

243

Start page

700

Pages

2

Date generated

9/4/2019

Digital copy

View as PDF

**Annual Report(2020)**

**0006984748**

Filing date: 9/23/2020 Filing time:

Volume Type
A

Volume
563

Start page
1341

Pages
3

Date generated
9/23/2020

Digital copy
View as PDF

**Change of Business Address - Business Address Change**

**0010075323**

Filing date: 6/30/2021 Filing time: 08:35 PM

Volume Type

Volume

Start page

Pages

Date generated
6/30/2021

Digital copy
View as PDF

**Annual Report(2021)**

**0009821260**

Filing date: 9/22/2021 Filing time: 01:47 PM

Volume Type

Volume

Start page

Pages

Date generated
9/22/2021

Digital copy
View as PDF

**Annual Report(2022)**

**0010302177**

Filing date: 10/3/2022 Filing time: 02:11 PM

Volume Type

Volume

Start page

Pages

Date generated
10/3/2022

Digital copy
View as PDF

**Annual Report(2023)**

**0011396146**

Filing date: 9/24/2023 Filing time: 08:53 PM

Volume Type

Volume

Start page

Pages

Date generated
9/24/2023

Digital copy
View as PDF

**Annual Report(2024)**

**0012390855**

Filing date: 9/29/2024 Filing time: 12:54 PM

Volume Type

Volume

Start page

Pages

Date generated
9/29/2024

Digital copy
View as PDF

**Annual Report(2025)**

**0012920605**

Filing date: 9/24/2025 Filing time: 09:40 AM

Volume Type

Volume

Start page

Pages

Date generated
9/24/2025

Digital copy
View as PDF

## Name History

None

## Trade Names

None

# Shares

**5000 total shares**

**Shares Class: 0000005000**

**Shares**

Value per share: $10

**Shares Class: NO DATA FROM CONVERSION**

**Shares**

Value per share: $