# Exhibit F

25839518

NEW YORK STATE Workers' Compensation Board

Clarissa M. Rodriguez
Chair

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY 13902-5205
www.wcb.ny.gov

(877) 632-4996

**State of New York - Workers' Compensation Board**

**In regard to JULIO YADAICELA, WCB Case #G302 6984**

## NOTICE OF DECISION

*keep for your records*

At the Workers' Compensation hearing held on 10/14/2021 involving the claim of JULIO YADAICELA at the Queens hearing location, Judge Barry Greenberg made the following decision, findings and directions:

DECISION: C8.1's held in abeyance. The carrier failed to appear. Case is continued.
Section 25-3(c) ACE American Insurance Co. caused an unnecessary adjournment; the penalty, in the amount of $100.00, is payable $75.00 to the claimant and $25.00 to the Chair.

ACE American Insurance Co.: Mail a check or money order for $25.00, payable to Workers' Compensation Board with one copy of this notice at the address listed below. Please include the reference number 25839518 with your payment to ensure proper credit.

Finance Unit
Workers' Compensation Board
328 State Street
Schenectady, NY 12305-2318

| | | | |
|---|---|---|---|
| Claimant - | JULIO YADAICELA | Employer - | NEW YORK CITY SCHOOL CONSTRUCT |
| Social Security No. - | | Carrier - | ACE American Insurance Co. |
| WCB Case No. - | G302 6984 | Carrier ID No. - | W019004 |
| Date of Accident - | 05/19/2021 | Carrier Case No. - | 015248000355WC01 |
| District Office - | NYC | Date of Filing of this Decision– 10/19/2021 | |

ATENCION:
Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

**EC-23 (4/98)**
**FILE COPY**

| | |
|---|---|
| Copies To: | Case #G302 6984 |
| Claimant: | JULIO YADAICELA |
| Carrier: | ACE American Insurance Co. |
| Employer: | NEW YORK CITY SCHOOL CONSTRUCT |
| Other: | Ugalde & Rzonca,LLP |
| | Gallagher Bassett Services Inc |

Please see below for Recipients.

JULIO YADAICELA
[redacted]
CORONA, NY [redacted]

NEW YORK CITY SCHOOL CONSTRUCT
ION AUTHORITY
53-20 44TH STREET
MASPETH, NY 11378

ACE American Insurance Co.
P.O. Box 5122
Scranton, PA 18505-0554

Ugalde & Rzonca,LLP
96-14 63rd Drive, Ste 500
Rego Park, NY 11374

Gallagher Bassett Services Inc
PO Box 2934
Clinton, IA 52733-2934

**EC-23 (4/98)**
**FILE COPY**

**OVER**

NEW YORK STATE | Workers' Compensation Board

Clarissa M. Rodriguez
Chair

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY 13902-5205
www.wcb.ny.gov

(877) 632-4996

**State of New York - Workers' Compensation Board**

**In regard to JULIO YADAICELA, WCB Case #G302 6984**

## NOTICE OF DECISION

*keep for your records*

At the Workers' Compensation hearing held on 12/15/2021 involving the claim of JULIO YADAICELA at the Queens hearing location, Judge Barry Greenberg made the following decision, findings and directions:

AWARD : The employer or insurance carrier is directed to pay the following awards, less payments already made by the employer or carrier, for the periods indicated below, unless employer or carrier files an application within 30 days after the date on which the decision was duly filed and served.

| weeks | for disability over a period of from | to | at rate per week | the sum of |
|---|---|---|---|---|
| 0 | 5/20/2021 | 5/25/2021 | $0.00 | $0.00 |
| - No medical evidence. | | | | |
| 29.4 | 5/25/2021 | 12/16/2021 | $966.78 | $28,423.33 |
| - Temporary total disability. | | | | |

Carrier to continue payments at $533.33 tentative rate.

FEES:

As lien on above award payable by separate check by carrier TO CLAIMANT'S REPRESENTATIVE OR ATTORNEY:

| Sum of | To |
|---|---|
| $125.00 | Ugalde & Rzonca,LLP |

DECISION: The claimant JULIO YADAICELA had a work related injury head neck back. The claimant's average weekly wage for the year worked before this work related injury or occupational disease is $1,600.00 per First Report of Injury without prejudice. The carrier (employer or self-insured employer) denied a variance request for need for neck fushion surgery dated 121521. I find that the request is now moot because as the issue is held in abeyance and will be ruled on at a later date. No further action will be taken in connection with this variance

*** *Continued on next page* ***

| | | | |
|---|---|---|---|
| Claimant - | JULIO YADAICELA | Employer - | NEW YORK CITY SCHOOL CONSTRUCT |
| Social Security No. - | | Carrier - | ACE American Insurance Co. |
| WCB Case No. - | G302 6984 | Carrier ID No. - | W019004 |
| Date of Accident - | 05/19/2021 | Carrier Case No. - | 015248000355WC01 |
| District Office - | NYC | Date of Filing of this Decision– 12/21/2021 | |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

request.

Medical treatment and care, as necessary, for established sites of injury and/or conditions, is authorized. Treatment rendered to one of the body parts covered by the Medical Treatment Guidelines must be consistent with those Guidelines.

Parties are directed to submit deposition transcript(s) of Dr Merola Dr Sohal Dr MednikDr Islam, pursuant to Sections 121 and 142 of the New York State Workers' Compensation Law. Deposition transcript(s) should be submitted by 02/21/22 for further adjudication by a WC Law Judge. To insure the timely submission of the deposition transcript(s), the party requesting the cross-examination shall, as soon as possible and after consulting with the deponent and other parties to the extent possible, arrange for and schedule the deposition(s), giving notice to the deponent and complying with the provisions of 12 NYCRR 300.10. The CARRIER is directed to provide a copy of the deposition transcript to the Board. Requests for extension of time to file a deposition transcript(s), if any, must be filed prior to the date upon which the transcripts are due and must be in the form of an affirmation or affidavit with copies forwarded to the claimant, employer/carrier, and all representatives. Absent good cause shown as to why a deposition was not taken and the transcript(s) filed as directed, the record may be closed and a decision rendered. A medical witness is entitled to a witness fee pursuant to Part 301 of Title 12 of the Official Compilation of Codes, Rules and Regulations of the State of New York. Within ten days of the completion of a witness's deposition, the party responsible for such witness's fee, if any, pursuant to the Workers' Compensation Law and regulations, shall remit payment of the fee to the witness. The fee is to be awarded in like manner as a witness fee, awarded for attendance at a hearing, irrespective of the location where the deposition takes place (including telephone and video testimony). If the witness believes that a fee in excess of that set in Part 301 is warranted, such witness must submit a request to the Board within ten days of the deposition. The Board will review such request and issue a subsequent decision concerning whether an additional fee is warranted.

Claimant is directed to produce proof of concurrent employment. Reserved decision. Case is continued.

Information about Payment of Awards

Payment of an award of compensation must be issued within 10 days, except where the carrier has filed an application to the board for a modification, rescission or review of the award. If payment is not timely, the Board imposes a penalty equal to 20% of the unpaid compensation (WCL § 25[3][f]). That penalty is payable to the claimant.

Payment of installments of compensation must be issued within 25 days of becoming due, or else the carrier shall pay an additional amount of 20% of the compensation then due, plus $300, to the claimant, unless the Board excuses the late payment upon an application by the carrier. WCL § 25(1)(e).

| | | | |
|---|---|---|---|
| Claimant - | JULIO YADAICELA | Employer - | NEW YORK CITY SCHOOL CONSTRUCT |
| Social Security No. - | | Carrier - | ACE American Insurance Co. |
| WCB Case No. - | G302 6984 | Carrier ID No. - | W019004 |
| Date of Accident - | 05/19/2021 | Carrier Case No. - | 015248000355WC01 |
| District Office - | NYC | Date of Filing of this Decision– 12/21/2021 | |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

| | |
|---|---|
| Copies To: | Case #G302 6984 |
| Claimant: | JULIO YADAICELA |
| Carrier: | ACE American Insurance Co. |
| Employer: | NEW YORK CITY SCHOOL CONSTRUCT |
| Other: | Ugalde & Rzonca,LLP |
| | Gallagher Bassett Services Inc |

Please see below for Recipients.

JULIO YADAICELA
[redacted]
CORONA, NY [redacted]

NEW YORK CITY SCHOOL CONSTRUCT
ION AUTHORITY
53-20 44TH STREET
MASPETH, NY 11378

ACE American Insurance Co.
P.O. Box 5122
Scranton, PA 18505-0554

Ugalde & Rzonca,LLP
96-14 63rd Drive, Ste 500
Rego Park, NY 11374

Gallagher Bassett Services Inc
PO Box 2934
Clinton, IA 52733-2934